JTW: 07.05.23
MCH/TM USAO# 2022R00756

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. JRR-23-0116** |
| | * | |
| v. | * | (Conspiracy to Distribute and Possess |
| | * | with the Intent to Distribute Controlled |
| **MICHAEL MAURICE ANDERSON,** | * | Substances, 21 U.S.C. § 846; Conspiracy |
| a/k/a "Pop," | * | to Possess Firearms in Furtherance of a |
| **DEVON STEELE, III,** | * | Drug Trafficking Crime, 18 U.S.C. |
| a/k/a "Glahk," | * | § 924(o); Possession of a Firearm in |
| **DEVON STEELE, JR., and** | * | Furtherance of a Drug Trafficking |
| **JOSEPH ROBINSON,** | * | Crime, 18 U.S.C. § 924(c); Possession of |
| | * | a Firearm by a Convicted Person, 18 |
| **Defendants.** | * | U.S.C. § 922(g)(1); Unlawful Possession |
| | * | of a Machinegun, 18 U.S.C. § 922(o); |
| | * | Aiding and Abetting, 18 U.S.C. § 2; |
| | * | Forfeiture, 18 U.S.C. § 924(d), 21 U.S.C. |
| | * | § 853, 28 U.S.C. § 2461(c)) |
| | * | |

*****

### SUPERSEDING INDICTMENT

### COUNT ONE
**(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland charges that:

Beginning on a date unknown to the Grand Jury, but no later than 2021, and continuing until in or about March 2023, in the District of Maryland and elsewhere, the defendants,

**MICHAEL MAURICE ANDERSON,**
a/k/a "Pop,"
**DEVON STEELE, III,**
a/k/a "Glahk,"
**DEVON STEELE, JR., and**
**JOSEPH ROBINSON,**

and others known and unknown to the Grand Jury, did knowingly and unlawfully combine, conspire, confederate and agree to distribute and possess with intent to distribute a quantity of a

mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841.

21 U.S.C. § 846

## COUNT TWO
**(Conspiracy to Possess Firearms in Furtherance of a Drug Trafficking Crime)**

The Grand Jury for the District of Maryland further charges that:

Beginning on a date unknown to the Grand Jury, but no later than 2021, and continuing until in or about March 2023, in the District of Maryland and elsewhere, the defendants,

**MICHAEL MAURICE ANDERSON,**
a/k/a "Pop,"
**DEVON STEELE, III,**
a/k/a "Glahk,"
**DEVON STEELE, JR., and**
**JOSEPH ROBINSON,**

did knowingly and unlawfully combine, conspire, confederate and agree with each other and other persons known and unknown to the Grand Jury to possess firearms in furtherance of drug trafficking crimes for which they may be prosecuted in a court of the United States, to wit, Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances in violation of Title 21 of the United States Code Section 846, as alleged in Count One of this Superseding Indictment, which is incorporated herein.

18 U.S.C. § 924(o)

## COUNT THREE
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges that:

On or about March 23, 2023, in the District of Maryland, the defendant,

### MICHAEL MAURICE ANDERSON,
### a/k/a "Pop,"

did knowingly possess a firearm in furtherance of a drug trafficking for which the defendant may be prosecuted in a court of the United States, to wit, Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances in violation of Title 21 of the United States Code Section 846, as alleged in Count One of this Superseding Indictment, which is incorporated herein.

18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 2

## COUNT FOUR
### (Unlawful Possession of a Machinegun)

The Grand Jury for the District of Maryland further charges that:

On or about March 23, 2023, in the District of Maryland, the defendant,

**MICHAEL MAURICE ANDERSON,**
a/k/a "Pop,"

did knowingly possess a machinegun, that is, a fully automatic Glock 19 Gen 4 pistol, serial number YZF101, with a Glock "switch" installed.

18 U.S.C. § 922(o)

## COUNT FIVE
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges that:

On or about March 23, 2023, in the District of Maryland, the defendant,

### DEVON STEELE, III,
### a/k/a "Glahk,"

did knowingly possess a firearm in furtherance of a drug trafficking for which the defendant may be prosecuted in a court of the United States, to wit, Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances in violation of Title 21 of the United States Code Section 846, as alleged in Count One of this Superseding Indictment, which is incorporated herein.

18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 2

## COUNT SIX
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

The Grand Jury for the District of Maryland further charges that:

On or about March 23, 2023, in the District of Maryland, the defendant,

**DEVON STEELE, JR.,**

did knowingly possess a firearm in furtherance of a drug trafficking for which the defendant may be prosecuted in a court of the United States, to wit, Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances in violation of Title 21 of the United States Code Section 846, as alleged in Count One of this Superseding Indictment, which is incorporated herein.

18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 2

## COUNT SEVEN
**(Possession of a Firearm by a Convicted Person)**

The Grand Jury for the District of Maryland further charges that:

On or about March 23, 2023, in the District of Maryland, the defendant,

**DEVON STEELE, JR.,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock 26 handgun, serial number DHR706, and that the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the defendants' conviction(s) on any of the offenses set forth in Counts One through Seven of this Superseding Indictment.

### Controlled Substance Offenses Forfeiture

2. Upon conviction of the offense alleged in Count One, the defendants,

**MICHAEL MAURICE ANDERSON,**
a/k/a "Pop,"
**DEVON STEELE, III,**
a/k/a "Glahk,"
**DEVON STEELE, JR., and**
**JOSEPH ROBINSON,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c):

a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and

b. any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offense.

### Firearms and Ammunition Forfeiture

3. Upon conviction of an offense alleged in Counts Two through Seven, the defendants,

**MICHAEL MAURICE ANDERSON,**
a/k/a "Pop,"
**DEVON STEELE, III,**
a/k/a "Glahk,"
**DEVON STEELE, JR., and**
**JOSEPH ROBINSON,**

9

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in such offense(s).

## Property Subject to Forfeiture

4. The property to be forfeited includes, but is not limited to: Glock 19 Gen 4 pistol, serial number YZF101, with a Glock "switch" installed.

## Substitute Assets

5. Pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), if any of the property described above as being subject to forfeiture, as a result of any act or omission by the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been comingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

18 U.S.C. § 924(d)
21 U.S.C. § 853
28 U.S.C. § 2461(c)

*Erek L. Barron* (signature) /mch

Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: 7/6/23