KYH/MCH USAO# 2022R00756

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. JRR-23-0116 |
| | * | |
| v. | * | (Unlawful Possession of a Machinegun, |
| | * | 18 U.S.C. § 922(o); Possession of a |
| MICHAEL MAURICE ANDERSON, | * | Firearm by a Convicted Person, 18 |
| | * | U.S.C. § 922(g)(1); Aiding and Abetting, |
| Defendant. | * | 18 U.S.C. § 2; Forfeiture, 18 U.S.C. § |
| | * | 924(d), 21 U.S.C. § 853(p), 28 U.S.C. |
| | * | § 2461(c)) |

*****

## SUPERSEDING INFORMATION

### COUNT ONE
(Unlawful Possession of a Machinegun)

The United States Attorney for the District of Maryland charges that:

On or about March 17, 2023, in the District of Maryland, the defendant,

**MICHAEL MAURICE ANDERSON,**
a/k/a "Pop,"

did knowingly possess a machinegun, as that term is defined in 26 U.S.C. §5845(b); that is, a fully automatic Glock 19 Gen 4 pistol, bearing serial number YZF101, with an "auto switch" machinegun conversion device attached thereto, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

18 U.S.C. § 922(o)
26 U.S.C. § 5845(b)
18 U.S.C. § 924(a)(2)

## COUNT TWO
### (Possession of a Firearm by a Convicted Person)

The United States Attorney for the District of Maryland further charges that:

On or about March 17, 2023, in the District of Maryland, the defendant,

**MICHAEL MAURICE ANDERSON,**
a/k/a "Pop,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a fully automatic Glock 19 Gen 4 pistol, bearing serial number YZF101, with an "auto switch" machinegun conversion device attached thereto, and that the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Counts One or Two of this Superseding Information.

### Firearms and Ammunition Forfeiture

2. Upon conviction of the offenses alleged in Counts One or Two of this Superseding Information, the defendant,

**MICHAEL MAURICE ANDERSON,**
a/k/a "Pop,"

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in such offense, including but not limited to: a fully automatic Glock 19 Gen 4 pistol, bearing serial number YZF101, with an "auto switch" machinegun conversion device attached thereto; a laser sight firearm accessory attached thereto; an extended firearm magazine loaded therein; and 27 rounds of 9mm ammunition recovered on March 17, 2023.

### Substitute Assets

3. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

\_\_1/19/2026_____
Date

                                            Digitally signed by MICHAEL HANLON
                                            Date: 2026.01.19 13:31:05 -05'00'

                                            Kelly O. Hayes
                                            United States Attorney